UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHELLE PETIE,<br><br>                Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | Civil Action No. 23-11895-DJC |

**DEFENDANT UNITED STATES OF AMERICA'S REQUEST FOR SEQUESTRATION**

Defendant United States of America respectfully requests that this Court order that the witnesses to be called during trial of this action be sequestered until after they have testified in this case.

Pursuant to the Federal Rules of Evidence, "[a]t a party's request, the court must order witnesses excluded so that they cannot hear other witnesses' testimony." Fed. R. Evid. 615. Once a party makes such a request, Rule 615 requires the Court to order sequestration of the witnesses. *United States v. Magana*, 127 F.3d 1, 5 (1st Cir. 1997) (citing *United States v. Sepulveda*, 15 F.3d 1161, 1175–76 (1st Cir.1993); *United States v. Arias–Santana*, 964 F.2d 1262, 1266 (1st Cir.1992)).

The purpose of Rule 615 is "to discourage and expose fabrication, inaccuracy, and collusion." *United States v. Charles*, 456 F.3d 249, 258 (1st Cir. 2006) (citation omitted). However, Rule 615 does not authorize, *inter alia*, exclusion of a party, or "one officer or employee of a party that is not a natural person if that officer or employee has been designated as the party's representative by its attorney." Fed. R. Evid. 615(a)(1), (2).

In this case, the factual and medical details of the incident that forms the basis of Plaintiff's Complaint are disputed, as are the nature and extent of the damages Plaintiff seeks. Defendant therefore requests that the witnesses be sequestered, and further requests that the witnesses be ordered by this Court not to discuss their testimony until the end of trial so as to preserve the integrity of this action. *See e.g., Magana*, 127 F.3d at 5 (citations omitted).

        Respectfully submitted,

        LEAH B. FOLEY
        United States Attorney

By:   */s/ Eve A. Piemonte*
      Mark Sauter
      Eve A. Piemonte
      Assistant United States Attorneys
      United States Attorney's Office
      1 Courthouse Way, Suite 9200
      Boston, MA 02210
      Tel.: 617-748-3100
      Email: Eve.Piemonte@usdoj.gov

Dated: November 7, 2025

## LOCAL RULE 7.1 CERTIFICATION

I, Eve A. Piemonte, hereby certify that pursuant to L.R. 7.1(a)(2), I conferred with counsel for Plaintiff in a good faith attempt to narrow or resolve the issues raised by this motion, and Plaintiff does not agree that a request for sequestration is warranted in this case.

        */s/ Eve A. Piemonte*
        Eve A. Piemonte
Dated: November 7, 2025        Assistant U.S. Attorney